

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-80,969-01

### EX PARTE ARTURO GOMEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2011CRJ898-D2(A) IN THE 111TH DISTRICT COURT FROM WEBB COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and possession of a controlled substance, and sentenced to imprisonment for twenty-five and two years, respectively. He did not appeal his convictions.

Applicant contends, among other things, that in his burglary of a habitation case trial counsel rendered ineffective assistance. On March 19, 2014, we remanded this application and ordered the trial court to make findings of fact and conclusions of law. After holding an evidentiary hearing, the trial court made findings and conclusions and recommended that we deny relief. We agree. Relief

is denied.

Applicant's sentence for possession of a controlled substance has discharged, and he does not allege collateral consequences. We do not have jurisdiction under Article 11.07 if an applicant's sentence has discharged and he is not suffering collateral consequences. TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, those claims relating to Applicant's possession of a controlled substance conviction and sentence are dismissed.

This application is denied in part and dismissed in part.

Filed: July 23, 2014
Do not publish